**Appeal dismissed and Memorandum Opinion filed March 9, 2023.**



**In The**

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-23-00002-CR

**JUAN JAVIER VILLAFUERTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 2381872**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment of conviction signed September 28, 2022. Appellant timely filed a motion for new trial. Therefore, appellant's notice of appeal was due by December 27, 2022. *See* Tex. R. App. P. 26.2(a)(2).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the trial court and (b) a motion to extend time in the court of appeals. *See* Tex. R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion to extend time to file

notice of appeal). The fifteenth day after December 27, 2022, was January 11, 2023. Appellant filed his notice of appeal on December 28, 2022, a date within 15 days of the due date. Appellant, however, did not file a motion to extend time to file the notice of appeal.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (discussing former 1986 Texas Rule of Appellate Procedure 41(b)). When a notice of appeal, but no motion to extend time, is filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On January 27, 2023, the parties were notified that the appeal was subject to dismissal without further notice unless either party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).